APPROVED and SO ORDERED.

ENTER: 3313: 14237

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, CHARLESTON

IN RE: ETHICON INC.
PELVIC REPAIR SYSTEM      MDL NO. 2327
PRODUCTS LIABILITY LITIGATION      Honorable Joseph R. Goodwin

| | |
|---|---|
| This Document Relates to:<br><br>SUE GAMBRELL, ET AL,<br>   *Plaintiff*,<br><br>v.<br><br>ETHICON INC., ET AL,<br>   *Defendants*. | §<br>§<br>§<br>§    CIVIL ACTION NO. 2:14-cv-29825<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**MOTION TO DISMISS PURSUANT TO RULE 41(a)(2)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COMES NOW Plaintiff, Sue Gambrell, and hereby requests the Court to dismiss without prejudice the above-styled action against all Defendants pursuant to FED. R. CIV. PRO. 41(a)(2), with each party to bear its own costs and fees.

October 29, 2015

                             Respectfully submitted,

                             MOSTYN LAW

                               /s/ J. Steve Mostyn
                             J. Steve Mostyn
                             Mark Sparks
                             MOSTYN LAW
                             3810 West Alabama Street
                             Houston, TX  77027
                             (713) 861-6616 Telephone
                             (713) 861-8084 Facsimile

                                          Kurt Arnold
                                          Jason Itkin
                                          Noah Wexler
                                          ARNOLD & ITKIN LLP
                                          6009 Memorial Drive
                                          Houston, TX 77007
                                          (713) 222-3800 Telephone
                                          (713) 222-3850 Facsimile

                                          **COUNSEL FOR PLAINTIFF**

### Certificate of Conference

Prior to filing the instant motion, the undersigned's office contacted Defendants' counsel requesting agreement to dismiss, without prejudice, the instant action. Counsel for Defendants stated they were opposed to such a dismissal without prejudice.

                                                          _/s/ J. Steve Mostyn_
                                                          Mark Sparks

### Certificate of Service

I hereby certify that on the 29th day of October, 2015, I forwarded the foregoing *Motion to Dismiss Pursuant to Rule 41(a)(2)* via the Court's electronic notification service.

                                                          _/s/ J. Steve Mostyn_
                                                          J. Steve Mostyn